UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

CAROLINE COLLINS,                         :            25-CV-7752 (PAE) (RWL)

                    Plaintiff,      :

        - against -            :            **ORDER OF SERVICE**

CINQ CARE HEALTH HOME,      :

                  Defendant.    :

-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

To allow Plaintiff, proceeding pro se, to effect service on Defendant Cinq Care Health Home through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process receipt and Return Form (USM-285 form) for the Defendant at the address listed in the Amended Complaint (Dkt. 10):

> Cinq Care Health Home
> 30 Broad Street, 23rd Floor
> New York, NY 10004

The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon those Defendants.

It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012). Plaintiff also must notify the Court in writing if her address changes, and the Court may dismiss the action if she fails to do so.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  June 1, 2026
       New York, New York

Copies transmitted this date to all parties of record.  The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.

2