UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CAROLINE COLLINS,<br><br>Plaintiff,<br><br>- against -<br><br>CINQ CARE HEALTH HOME,<br><br>Defendant. | : | 25-CV-7752 (PAE) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On September 10, 2026, the U.S. Marshal filed a return of service indicating that the named Defendant – Cinq Care Health Home – is no longer located at the address provided by Plaintiff – 30 Broad Street, 23rd floor, New York, NY 10004. (Dkt. 18.) Accordingly, by **October 9, 2026**, Plaintiff shall file a letter providing a correct address for Cinq Care Health Home or other information sufficient to enable the U.S. Marshal to serve the Defendant. If Defendant has a designated agent for service of process, Plaintiff may provide the name and address of that agent in place of or in addition to Defendant's physical location. Plaintiff may be able to determine if Defendant has a registered agent for service of process (and, if so, the name and address of that agent) by searching the official New York Department of State Division of Corporations Database or requesting records directly from the Department (tel. 518-473-2492). If Plaintiff does not provide the necessary information to serve the Defendant, and if Defendant is not served by **December 17, 2026**, the Amended Complaint may be dismissed without prejudice.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 24, 2026
New York, New York

Copies transmitted this date to all parties of record. The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.