UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

CAROLINE COLLINS,

Plaintiff,

- against -

CINQ CARE HEALTH HOME,

Defendant.

---------------------------------------------------------------X

25-CV-7752 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

None of the addresses provided by Plaintiff for Cinq Care (see Dkts. 22, 23) are in the Southern District of New York. In order for the U.S. Marshal to attempt service on Defendant, Plaintiff shall provide the name and address for Cinq Care's agent for service of process in New York State. Plaintiff may obtain that information from the New York State Department of State website. By **November 11, 2026**, Plaintiff shall file a letter with the requisite information. If Plaintiff does not provide the necessary information to serve the Defendant, and if Defendant is not served by **December 17, 2026**, the Amended Complaint will be dismissed without prejudice.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 28, 2026
New York, New York

Copies transmitted this date to all parties of record. The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.